UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA



FILED
CLERK, U.S. DISTRICT COURT
SEP 12 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

| | |
|---|---|
| United States of America, ) | Case No. CR 11-01068-ODW-1 |
| Plaintiff, ) | **JURY VERDICT** |
| v. ) | |
| Luis Manuel Tapia, ) | |
| Defendant. ) | |

**COUNT ONE**

Conspiracy to Distribute Controlled Substances, 21 U.S.C. § 846

    1.    We, the Jury, unanimously find the defendant LUIS MANUEL TAPIA (*check one*):

        __X__    GUILTY

        _____    NOT GUILTY

as charged in Count One of the Indictment.

(*If the response to Question 1 is Guilty, you must also answer Question 2. If the response to Question 1 is Not Guilty, proceed directly to COUNT TWO.*)

    2.    We, the Jury, having found defendant LUIS MANUEL TAPIA guilty of Count One of the Indictment, further unanimously find that throughout the life of the charged conspiracy defendant conspired to distribute the following controlled substances (*check **every** drug type that applies and then, for **each** drug type that you select, check **one** quantity threshold*):

    a.    __X__  A Mixture or Substance Containing a Detectable Amount of Heroin (*check one*):

        __X__  at least 1 kilogram (1000 grams)

        _____  at least 100 grams, but less than 1 kilogram

        _____  less than 100 grams

    b.    __X__  "Pure or Actual" Methamphetamine (*check one*):

        __X__  at least 50 grams

        _____  at least 5 grams, but less than 50 grams

        _____  less than 5 grams

c. __X__ A Mixture or Substance Containing a Detectable Amount of Cocaine (*check one*):

    __X__ at least 500 grams

    ____ less than 500 grams

## COUNT TWO

Conspiracy to Engage in the Business of Dealing in Firearms Without a License, 18 U.S.C. § 371

1. We, the Jury, unanimously find the defendant LUIS MANUEL TAPIA (*check one*):

    __X__ GUILTY

    ____ NOT GUILTY

as charged in Count Two of the Indictment.

## COUNT THREE

Distribution of Methamphetamine, 21 U.S.C. § 841(a)(1)

1. We, the Jury, unanimously find the defendant LUIS MANUEL TAPIA (*check one*):

    __X__ GUILTY

    ____ NOT GUILTY

as charged in Count Three of the Indictment.

(If the response to Question 1 is Guilty, you must also answer Question 2. If the response to Question 1 is Not Guilty, proceed directly to COUNT FOUR.)

2

2. We, the Jury, having found defendant LUIS MANUEL TAPIA guilty of Count Three of the Indictment, further unanimously find that this offense involved the following amount of "pure or actual" methamphetamine (*check one*):

    __X__ at least 50 grams

    ____ at least 5 grams, but less than 50 grams

    ____ less than 5 grams

## COUNT FOUR

Distribution of Cocaine, 21 U.S.C. § 841(a)(1)

1. We, the Jury, unanimously find the defendant LUIS MANUEL TAPIA (*check one*):

    __X__ GUILTY

    ____ NOT GUILTY

as charged in Count Four of the Indictment.

## COUNT FIVE

Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

1. We, the Jury, unanimously find the defendant LUIS MANUEL TAPIA (*check one*):

    __X__ GUILTY

    ____ NOT GUILTY

as charged in Count Five of the Indictment.

## COUNT SIX

Distribution of Methamphetamine, 21 U.S.C. § 841(a)(1)

1. We, the Jury, unanimously find the defendant LUIS MANUEL TAPIA (*check one*):

    __X__ GUILTY

    _____ NOT GUILTY

as charged in Count Six of the Indictment.

(*If the response to Question 1 is Guilty, you must also answer Question 2. If the response to Question 1 is Not Guilty, proceed directly to COUNT SEVEN.*)

2. We, the Jury, having found defendant LUIS MANUEL TAPIA guilty of Count Six of the Indictment, further unanimously find that this offense involved the following amount of "pure or actual" methamphetamine (*check one*):

    __X__ at least 5 grams

    _____ less than 5 grams

## COUNT SEVEN

Distribution of Heroin, 21 U.S.C. § 841(a)(1)

1. We, the Jury, unanimously find the defendant LUIS MANUEL TAPIA (*check one*):

    __X__ GUILTY

    _____ NOT GUILTY

as charged in Count Seven of the Indictment.

**COUNT EIGHT**

Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

    1.  We, the Jury, unanimously find the defendant LUIS MANUEL TAPIA (*check one*):

        __X__    GUILTY

        _____    NOT GUILTY

as charged in Count Eight of the Indictment.

**COUNT NINE**

Constructive Possession with Intent to Distribute Heroin, 21 U.S.C. § 841(a)(1)

    1.  We, the Jury, unanimously find the defendant LUIS MANUEL TAPIA (*check one*):

        __X__    GUILTY

        _____    NOT GUILTY

as charged in Count Nine of the Indictment.

*(If the response to Question 1 is Guilty, you must also answer Question 2. If the response to Question 1 is Not Guilty, proceed directly to COUNT TEN.)*

    2.  We, the Jury, having found defendant LUIS MANUEL TAPIA guilty of Count Nine of the Indictment, further unanimously find that this offense involved the following amount of a mixture or substance containing a detectable amount of heroin (*check one*):

        __X__    at least 1 kilogram (1000 grams)

        _____    at least 100 grams, but less than 1 kilogram

        _____    less than 100 grams

**COUNT TEN**

<u>Constructive Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1)</u>

1. We, the Jury, unanimously find the defendant LUIS MANUEL TAPIA (*check one*):

    __X__    GUILTY

    _____    NOT GUILTY

as charged in Count Ten of the Indictment.

(*If the response to Question 1 is Guilty, you must also answer Question 2. If the response to Question 1 is Not Guilty, proceed directly to COUNT ELEVEN.*)

2. We, the Jury, having found defendant LUIS MANUEL TAPIA guilty of Count Ten of the Indictment, further unanimously find that this offense involved the following amount of "pure or actual" methamphetamine (*check one*):

    __X__    at least 50 grams

    _____    at least 5 grams, but less than 50 grams

    _____    less than 5 grams

## COUNT ELEVEN

Constructive Possession with Intent to Distribute Cocaine, 21 U.S.C. § 841(a)(1)

    1.    We, the Jury, unanimously find the defendant LUIS MANUEL TAPIA (*check one*):

        __X__    GUILTY

        _____    NOT GUILTY

as charged in Count Eleven of the Indictment.

## COUNT TWELVE

Constructive Possession of Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c)

    1.    We, the Jury, unanimously find the defendant LUIS MANUEL TAPIA (*check one*):

        __X__    GUILTY

        _____    NOT GUILTY

as charged in Count Twelve of the Indictment.

## COUNT THIRTEEN

Felon in (Constructive) Possession of a Firearm, 18 U.S.C. § 922(g)(1)

    1.    We, the Jury, unanimously find the defendant LUIS MANUEL TAPIA (*check one*):

        __X__    GUILTY

        _____    NOT GUILTY

as charged in Count Thirteen of the Indictment.

## COUNT FOURTEEN

<u>Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)</u>

    1.    We, the Jury, unanimously find the defendant LUIS MANUEL TAPIA (*check one*):

        __X__    GUILTY

        _____    NOT GUILTY

as charged in Count Fourteen of the Indictment.

## COUNT FIFTEEN

<u>Vicarious Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1)</u>

    1.    We, the Jury, unanimously find the defendant LUIS MANUEL TAPIA (*check one*):

        __X__    GUILTY

        _____    NOT GUILTY

as charged in Count Fifteen of the Indictment.

*(If the response to Question 1 is Guilty, you must also answer Question 2. If the response to Question 1 is Not Guilty, proceed directly to COUNT SIXTEEN.)*

    2.    We, the Jury, having found defendant LUIS MANUEL TAPIA guilty of Count Fifteen of the Indictment, further unanimously find that it was reasonably foreseeable to defendant that, as a necessary and natural consequence of the charged conspiracy, this offense involved the following amount of a mixture or substance containing a detectable amount of methamphetamine (*check one*):

        __X__    at least 50 grams

        _____    less than 50 grams

## COUNT SIXTEEN

Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

1. We, the Jury, unanimously find the defendant LUIS MANUEL TAPIA (*check one*):

    __X__    GUILTY

    _____    NOT GUILTY

as charged in Count Sixteen of the Indictment.

## COUNT SEVENTEEN

Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

1. We, the Jury, unanimously find the defendant LUIS MANUEL TAPIA (*check one*):

    __X__    GUILTY

    _____    NOT GUILTY

as charged in Count Seventeen of the Indictment.

## COUNT EIGHTEEN

Illegal Transfer of a Machinegun, 26 U.S.C. § 5861(e)

1. We, the Jury, unanimously find the defendant LUIS MANUEL TAPIA (*check one*):

    __X__    GUILTY

    _____    NOT GUILTY

as charged in Count Eighteen of the Indictment.

## COUNT NINETEEN

<u>Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)</u>

    1.  We, the Jury, unanimously find the defendant LUIS MANUEL TAPIA (*check one*):

        __X__  GUILTY

        _____  NOT GUILTY

as charged in Count Nineteen of the Indictment.


## COUNT TWENTY

<u>Distribution of Methamphetamine, 21 U.S.C. § 841(a)(1)</u>

    1.  We, the Jury, unanimously find the defendant LUIS MANUEL TAPIA (*check one*):

        __X__  GUILTY

        _____  NOT GUILTY

as charged in Count Twenty of the Indictment.

(*If the response to Question 1 is Guilty, you must also answer Question 2. If the response to Question 1 is Not Guilty, proceed directly to COUNT TWENTY-ONE.*)

    2.  We, the Jury, having found defendant LUIS MANUEL TAPIA guilty of Count Twenty of the Indictment, further unanimously find that this offense involved the following amount of "pure or actual" methamphetamine (*check one*):

        __X__  at least 50 grams

        _____  at least 5 grams, but less than 50 grams

        _____  less than 5 grams

**COUNT TWENTY-ONE**

<u>Constructive Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1)</u>

1. We, the Jury, unanimously find the defendant LUIS MANUEL TAPIA (*check one*):

    __X__   GUILTY

    _____   NOT GUILTY

as charged in Count Twenty-One of the Indictment.

*(If the response to Question 1 is Guilty, you must also answer Question 2. If the response to Question 1 is Not Guilty, proceed directly to COUNT TWENTY-FOUR.)*

2. We, the Jury, having found defendant LUIS MANUEL TAPIA guilty of Count Twenty-One of the Indictment, further unanimously find that this offense involved the following amount of "pure or actual" methamphetamine (*check one*):

    __X__   at least 50 grams

    _____   at least 5 grams, but less than 50 grams

    _____   less than 5 grams

Case 2:11-cr-01068-ODW   Document 283   Filed 09/12/14   Page 13 of 16   Page ID #:2137

## COUNT TWENTY-FOUR

<u>Constructive Possession of Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c)</u>

1.  We, the Jury, unanimously find the defendant LUIS MANUEL TAPIA (*check one*):

    **X** GUILTY

    ____ NOT GUILTY

as charged in Count Twenty-Four of the Indictment.

## COUNT TWENTY-FIVE

<u>Felon in (Constructive) Possession of a Firearm, 18 U.S.C. § 922(g)(1)</u>

1.  We, the Jury, unanimously find the defendant LUIS MANUEL TAPIA (*check one*):

    **X** GUILTY

    ____ NOT GUILTY

as charged in Count Twenty-Five of the Indictment.

## COUNT TWENTY-SIX

<u>Constructive Possession of Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c)</u>

1.  We, the Jury, unanimously find the defendant LUIS MANUEL TAPIA (*check one*):

    **X** GUILTY

    ____ NOT GUILTY

as charged in Count Twenty-Six of the Indictment.

12

**COUNT TWENTY-SEVEN**

<u>Felon in (Constructive) Possession of a Firearm, 18 U.S.C. § 922(g)(1)</u>

    1.    We, the Jury, unanimously find the defendant LUIS MANUEL TAPIA (*check one*):

        __X__    GUILTY

        _____    NOT GUILTY

as charged in Count Twenty-Seven of the Indictment.


**COUNT TWENTY-NINE**

<u>Continuing Criminal Enterprise, 21 U.S.C. § 848(a), (b), (s)</u>

    1.    We, the Jury, unanimously find the defendant LUIS MANUEL TAPIA (*check one*):

        __X__    GUILTY

        _____    NOT GUILTY

as charged in Count Twenty-Nine of the Indictment.


(*If the response to Question 1 is Guilty, you must also answer Questions 2, 3, 4 and 5. If the response to Question 1 is Not Guilty, please proceed to the signature block, below.*)


    2.    We, the Jury, further unanimously find that the offense or offenses charged in the count or counts checked below was or were part of the series of violations committed by defendant during the course of the offense (*check any and all that apply*):

    Count One                  __X__

    Count Three                __X__

    Count Four                 __X__

```
Count Six            X
Count Seven          X
Count Nine           X
Count Ten            X
Count Eleven         X
Count Fifteen        X
Count Twenty         X
Count Twenty-One     X
```

3. We, the Jury, further unanimously find that defendant occupied a position of management in relation to five or more other persons, and that such persons do not include CHS-1, CHS-2, Michael Moreno, Sal Carillo, or John Tanza (the "UC"):

Yes  X   No ____

Those persons include the following (You may identify by either name or description):

Zamora
Cardenas
Dibble
Jimenez "JC"
Aguilar
_____
_____
_____
_____
_____
_____

14

4. We, the Jury, having found defendant LUIS MANUEL TAPIA guilty of Count Twenty-Nine of the Indictment, further unanimously find that defendant was a principal administrator, organizer, or leader of the criminal enterprise:

Yes  **X**   No  _____

5. We, the Jury, having found defendant LUIS MANUEL TAPIA guilty of Count Twenty-Nine of the Indictment, further unanimously find that, over the life of this offense, it involved the following amount of "pure or actual" methamphetamine (*check one*):

**X**   at least 1000 grams

_____   less than 1000 grams


DATED September 12, 2014 in Los Angeles, California

[FOREPERSON OF THE JURY]