# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

( __ Amended _____ )

Case No.   CR 11-1068 -ODW-1                                  Date   April 27, 2015

Present: The Honorable   Otis D. Wright II, United States District Judge

| Sheila English | Debi Read | Marilyn E Bednarski |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd. | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| 1- Luis Manuel Tapia | ✓ | | 1-Marilyn E Bednarski | | | ✓ | none |

**PROCEEDINGS:**     SENTENCING AND JUDGMENT HEARING          Contested   ✓   Non-Evidentiary

Day ___ (if continued from a prior hearing date)

___ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.     ✓ Refer to separate Judgment Order.
___ Imprisonment for   Years/months   on each of counts
     Count(s) _____ concurrent/consecutive to count(s) _____
     Fine of $ _____ is imposed on each of count(s) concurrent/consecutive.
     ___ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____
___ Confined in jail-type institution for _____ to be served on consecutive days/weekends
     commencing _____
___ years/months Supervised Release/Probation imposed on count(s) _____
     consecutive/concurrent to count(s) _____
     under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under
     the direction of the Probation Office:
     ___ Perform _____ hours of community service.
     ___ Serve _____ in a CCC/CTC.
     ___ Pay $ _____ fine amounts & times determined by P/O.
     ___ Make $ _____ restitution in amounts & times determined by P/O.
     ___ Participate in a program for treatment of narcotic/alcohol addiction.
     ___ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with
         rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the
         nearest P/O within 72 hours.
     ___ Other conditions: _____
___ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant
     does not have the ability to pay.
___ Pay $ _____ per count, special assessment to the United States for a
     total of $ _____
___ Imprisonment for   months/years   and for a study pursuant to 18 USC _____
     with results to be furnished to the Court within   days/months   whereupon the sentence shall be subject to
     modification. This matter is set for further hearing on _____
___ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
✓ Defendant informed of right to appeal.
___ ORDER sentencing transcript for Sentencing Commission.     ___ Processed statement of reasons.
___ Bond exonerated _____ upon surrender _____ upon service of _____
___ Execution of sentence is stayed until 12 noon, _____
     at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the
     U.S. Marshal.
___ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
___ Issued Remand/Release   # _____
___ Present bond to continue as bond on appeal.          ___ Appeal bond set at   $ _____
___ Filed and distributed judgment. ENTERED.
✓ Other   Defense Counsel and the defendant addresses the Court. The Parties agree to VACATE Count 1- granted by the Court.

                                                                              1       :      16
                                                Initials of Deputy Clerk   se

---

CR-90 (2/09)              **CRIMINAL MINUTES - SENTENCING AND JUDGMENT**              Page 1 of 1